UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARIBEL ORTIZ,

    Plaintiff,

v.

ST. THOMAS UNIVERSITY, INC.,      CASE NO: 1:25-cv-22630-JEM

    Defendant.
_____/

## DEFENDANT ST THOMAS UNIVERSITY, INC.'S NOTICE OF FILING PROPOSED ORDER ON DEFENDANT'S MOTION TO DISMISS, FOR MORE DEFINITE STATEMENT, MOTION TO STRIKE

Defendant, St. Thomas University, by and through its undersigned counsel, hereby gives notice of filing a Proposed Order on Defendant's Motion to Dismiss, for More Definite Statement, Motion to Strike (ECF No. 10), filed on July 3, 2025.

Dated: August 15, 2025.

                                        ST. THOMAS UNIVERSITY, INC.,
                                        Defendants,

                                        By: */s/ David J. Pascuzzi, Esq.*
                                              David J. Pascuzzi, Esquire
                                              Florida Bar No. 086101
                                              Luks, Santaniello, Petrillo, Cohen & Peterfriend
                                              301 Yamato Road
                                              Boca Raton, Florida 33431
                                              Ph: (561) 893-9088
                                              Fx: (561) 893-9048
                                              Email:LuksBoca-Pleadings@insurancedefense.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on August 15, 2025. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronic Notices of Electronic Filing.

       /s/ David J. Pascuzzi, Esq.
       David J. Pascuzzi, Esquire

## SERVICE LIST

***Counsel for Plaintiff, Maribel Ortiz***
R. Martin Saenz, Esq.
The Saenz Law Firm, P.A.
20900 NE 30th Avenue, Suite 800
Aventura, FL  33180
Telephone:  (305) 482-1475
Email:  martin@legalopinionusa.com

***Co-Counsel for Defendant, St. Thomas University, Inc.***
Robert J. Diaz, Esq.
J. Patrick Fitzgerald & Associates, P.A.
110 Merrick Way, Suite 3-B
Coral Gables, FL  33134
Ph: 305-443-9162
Email:  rjd@jpfitzlaw.com
Email:  jpf@jpfitzlaw.com
Email:  cp@jpfitzlaw.com
Email:  jl@jpfitzlaw.com